# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

**MARCEL JEAN MICHAUD**
**KENNETH SIZEMORE**
**DARRELL MICHAEL BRITT**
**JOHNNY WAYNE CARR**
**MARY ANN BROWN**
**JAMES WILSON**
   **a/k/a "Redneck"**
   **and**
**DAVID BARRON**

_____/

**SUPERSEDING**
**INDICTMENT**
**5:21-cr-35-TKW**

**THE GRAND JURY CHARGES:**

### COUNT ONE

Between on or about September 1, 2019, and on or about May 14, 2021, in

the Northern District of Florida and elsewhere, the defendants,

**MARCEL JEAN MICHAUD,**
**KENNETH SIZEMORE,**
**DARRELL MICHAEL BRITT,**
**JOHNNY WAYNE CARR,**
**MARY ANN BROWN,**
**JAMES WILSON,**
**a/k/a "Redneck,"**
**and**
**DAVID BARRON,**

Returned in open court pursuant to Rule 6(f)

2/15/2022

Date

Hope Thai Cannon

United States Magistrate Judge

RCV'D USDC FLND PN
FEB 15 '22 PM 12:20

did knowingly and willfully combine, conspire, confederate, and agree together and with other persons to distribute and possess with intent to distribute a controlled substance, and this offense involved methamphetamine, its salts, isomers, and salts of its isomers, a mixture and substance containing a detectable amount of methamphetamine, and oxycodone, in violation of Title 21, United States Code, Section 841(a)(1).

<u>Quantity of Controlled Substance Involved in the Conspiracy</u>

With respect to defendant **MARCEL JEAN MICHAUD,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and a quantity of oxycodone, in violation of Title 21, United States Code, Sections 841(b)(1)(A)(viii) and 841(b)(1)(C).

With respect to defendant **KENNETH SIZEMORE,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine,

2

its salts, isomers, and salts of its isomers, and a quantity of oxycodone, in violation of Title 21, United States Code, Sections 841(b)(1)(A)(viii) and 841(b)(1)(C).

With respect to defendant **DARRELL MICHAEL BRITT,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and a quantity of oxycodone, in violation of Title 21, United States Code, Sections 841(b)(1)(A)(viii) and 841(b)(1)(C).

With respect to defendant **JOHNNY WAYNE CARR,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and a quantity of oxycodone in violation of Title 21, United States Code, Sections 841(b)(1)(A)(viii) and 841(b)(1)(C).

With respect to defendant **MARY ANN BROWN,** the amount involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts,

3

isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

With respect to defendant **JAMES WILSON, a/k/a "Redneck,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to defendant **DAVID BARRON,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers and a quantity of oxycodone in violation of Title 21, United States Code, Sections 841(b)(1)(A)(viii) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

<u>Enhanceable Prior Convictions</u>

On or about April 25, 2008, **MARY ANN BROWN** was convicted in the State of Florida of a serious drug felony, that is, Possession of Methamphetamine with Intent to Distribute, an offense described in Title 18, United States Code,

Section 924(e)(2)(A)(ii) and Title 21, United States Code, Section 802(57), for which she served a term of imprisonment of more than twelve months and was released from service of that term on or about December 17, 2009, which was within fifteen years of the commencement of the offense charged in this count.

On or about December 10, 2015, **DAVID BARRON** was convicted in the State of Florida of a serious drug felony, that is, Sale or Possession with Intent to Sell, an offense described in Title 18, United States Code, Section 924(e)(2)(A)(ii) and Title 21, United States Code, Section 802(57), for which he served a term of imprisonment of more than twelve months and was released from service of that term on or about May 31, 2017, which was within fifteen years of the commencement of the offense charged in this count.

### COUNT TWO

On or about September 10, 2019, in the Northern District of Florida, the defendant,

### MARCEL JEAN MICHAUD,

did knowingly and intentionally distribute a controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

5

## COUNT THREE

On or about October 9, 2019, in the Northern District of Florida, the defendant,

### MARCEL JEAN MICHAUD,

did knowingly and intentionally distribute a controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT FOUR

On or about March 7, 2021, in the Northern District of Florida, the defendant,

### DAVID BARRON,

did knowingly and intentionally possess with the intent to distribute a controlled substance, and this offense involved 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

On or about December 10, 2015, **DAVID BARRON** was convicted in the State of Florida of a serious drug felony, that is, Sale or Possession with Intent to

Sell, an offense described in Title 18, United States Code, Section 924(e)(2)(A)(ii) and Title 21, United States Code, Section 802(57), for which he served a term of imprisonment of more than twelve months and was released from service of that term on or about May 31, 2017, which was within fifteen years of the commencement of the offense charged in this count.

## COUNT FIVE

On or about March 30, 2021, in the Northern District of Florida, the defendant,

## DAVID BARRON,

did knowingly and intentionally possess with the intent to distribute a controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

On or about December 10, 2015, **DAVID BARRON** was convicted in the State of Florida of a serious drug felony, that is, Sale or Possession with Intent to Sell, an offense described in Title 18, United States Code, Section 924(e)(2)(A)(ii) and Title 21, United States Code, Section 802(57), for which he served a term of imprisonment of more than twelve months and was released from service of that

7

term on or about May, 31, 2017, which was within fifteen years of the commencement of the offense charged in this count.

## COUNT SIX

On or about May 13, 2021, in the Northern District of Florida, the defendant,

### JOHNNY WAYNE CARR,

did knowingly and intentionally possess with the intent to distribute a controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT SEVEN

On or about May 14, 2021, in the Northern District of Florida, the defendant,

### KENNETH SIZEMORE,

did knowingly and intentionally possess with the intent to distribute a controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT EIGHT

On or about December 8, 2021, in the Northern District of Florida, the

defendant,

**JAMES WILSON,**
**a/k/a "Redneck,"**

did knowingly and intentionally possess with the intent to distribute a controlled

substance, and this offense involved 5 grams or more of methamphetamine, its

salts, isomers, and salts of its isomers or 50 grams or more of a mixture or

substance containing a detectable amount of methamphetamine, its salts, isomers,

or salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(viii).

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Seven of this Indictment

are hereby realleged and incorporated by reference for the purpose of alleging

forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violations alleged in Counts One through

Seven, punishable by imprisonment for more than one year, the defendants,

**MARCEL JEAN MICHAUD,**
**KENNETH SIZEMORE,**
**DARRELL MICHAEL BRITT,**
**JOHNNY WAYNE CARR,**

**MARY ANN BROWN,**
**JAMES WILSON,**
**a/k/a "Redneck,"**
**and**
**DAVID BARRON,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of their interest in:

A.  Property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of such violations.

B.  Property used in any manner or part to commit or to facilitate the commission of such violations.

The property to be forfeited includes, but is not limited to, the following:

1.  Real property located at 13717 Mashburn Road, Youngstown, Florida, 32466 with all appurtenances, improvements, and attachments thereon;

2.  Real property located at 6309 Buford King Road, Youngstown, Florida 32466, parcel ID 05068-030-000, with all appurtenances, improvements, and attachments thereon;

3.  Real property located at 6313 Buford King Road, Youngstown, Florida 32466, parcel ID 05068-020-000, with all appurtenances, improvements, and attachments thereon;

10

4.     Real property located at 6317 Buford King Road, Youngstown, Florida 32466, parcel ID 05068-010-000, with all appurtenances, improvements, and attachments thereon;

5.     Real property located at 5039 Holly Avenue, Youngstown, Florida, 32466 with all appurtenances, improvements, and attachments thereon;

6.     Approximately $174,840.00 in U.S. currency seized on or about May 14, 2021, from **KENNETH SIZEMORE**;

7.     Approximately $2,180.00 in U.S. currency seized on or about May 14, 2021, from **KENNETH SIZEMORE**;

8.     Approximately $1,209.00 in U.S. currency seized on or about May 14, 2021, from **KENNETH SIZEMORE**;

9.     One 1995 Harley Davidson FLHTC motorcycle, Vehicle Identification Number (VIN): 1HD1DJL1XSY605052, seized from the residence of **KENNETH SIZEMORE** on or about May 14, 2021;

10.    One 1982 Chevrolet C10 truck, VIN: 1GCCC14HOCF359117, seized from the residence of **KENNETH SIZEMORE** on or about May 14, 2021;

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

11

     i.     cannot be located upon the exercise of due diligence;

     ii.    has been transferred or sold to, or deposited with, a third

         person;

     iii.   has been placed beyond the jurisdiction of this Court;

     iv.   has been substantially diminished in value; or

     v.    has been commingled with other property that cannot be

         divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), to seek forfeiture of any other property of said defendants up to the

value of the above forfeitable property.

A TRUE BILL:

_____

FOREPERSON

2/15/22
_____
DATE

_____

JASON R. COODY
United States Attorney

_____

WALTER E. NARRAMORE
Assistant United States Attorney

12