UNITED STATES DISTRICT COURT
CRIMINAL MINUTES

Case No. 5:21cr35(5)-TKW                                        Date: March 16, 2022
                                                                Time: 3:04 p.m. – 3:40 p.m.

HEARING TYPE: **CHANGE OF PLEA HEARING W/ RULE 11 CONSENT**

PRESENT:
| | |
|---|---|
| U.S. Magistrate Judge: | Honorable Michael J. Frank |
| Deputy Clerk: | Kristin Cowdell |
| Court Reporter: | Donna Boland |
| Assistant U. S. Attorney: | Jeff Tharp |
| Defense Attorney: | Gary Printy, CJA, appointed |
| Interpreter: | N/A |
| Probation Officer: | Daniel Campos |
| Defendant: | **MARY ANN BROWN**, in custody |

PROCEEDINGS:

- ✘ Copy of Superseding Indictment (Information) given to defendant.
- ✘ Defendant sworn and states true name is **Mary Ann Brown**
- ✘ Defendant is RE-ARRAIGNED and specifically advised of his/her rights.
- ✘ Court questions defendant regarding his/her physical and mental condition and advises the defendant of the nature and possible consequences of said plea.
- ✘ Consent to Rule 11 Guilty Plea executed
- ✘ Written plea agreement filed
- ✘ Written statement of facts filed
- ✘ Defendant PLEADS __✘__ Guilty to Count(s) _1_ of the superseding indictment
- ___ Defendant adjudicated guilty on count(s)___ Adjudication withheld pending sentencing.
- ✘ REFERRED to Probation Officer for I/R and continued to **5/26/22 @ 10:00 a.m.** for sentencing
- ✘ Defendant remains in custody pending sentencing.
- ___ Defendant remains released on previously imposed conditions pending sentencing.

Filed in Open Court:
March 16, 2022
by KGC, Deputy Clerk