**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

v.                                                                              CASE NO.  5:21cr35-TKW

MARCEL JEAN MICHAUD, et al.

**NOTICE REGARDING ADMISSION TO PRACTICE AND ELECTRONIC FILING REQUIREMENT**

**To:**   Donald Dickinson
          440 W. Galena Boulevard
          Aurora, Illinois 60506

The above-styled case has been filed in the Northern District of Florida and you have filed a Notice that FERNANDE MICHAUD is an Interested Party in the case. Our records indicate, however, that you are not admitted to the bar of this District or that you are not registered to file electronically in this District. Please refer to N.D. Fla. Loc. R. 11.1 which is available on our website.

Registration for admission is available on our website: http://www.flnd.uscourts.gov/attorney#admission.  You must complete the admission requirement to be added to the case as counsel for the Interested Party. If you have any questions regarding attorney admission procedures please contact the Attorney Admission Clerk, Erica Smith at Erica_L_Smith@flnd.uscourts.gov.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

May 25, 2022                                               _s/ Paula Cawby_
DATE:                                                       Deputy Clerk: